ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Lulus Ostrich Ranch )          ASBCA Nos. 59252, 59450, 59598
)                      59814, 59815
)
Under Contract Nos. 48695391, 48695490 )
48695290, 48695390 )

APPEARANCE FOR THE APPELLANT:          Mr. William R. Hayward
                                       Owner

APPEARANCES FOR THE GOVERNMENT:        Daniel K. Poling, Esq.
                                        DLA Chief Trial Attorney
                                       Robin Walters, Esq.
                                       Michael P. Thiefels, Esq.
                                        Trial Attorneys
                                        DLA Disposition Services
                                        Battle Creek, MI

OPINION BY ADMINISTRATIVE JUDGE MCILMAIL
ON APPELLANT'S MOTION FOR RECONSIDERATION

Appellant requests reconsideration of our recent decision denying its claims.
*Lulus Ostrich Ranch*, ASBCA No. 59252 *et al.*, 2019 WL 989650 (Feb. 6, 2019). We
have not requested a response from the government. *See John Shaw LLC d/b/a Shaw
Building Maintenance*, ASBCA No. 61379, 18-1 BCA ¶ 37,026 at 180,294. A motion
for reconsideration is not intended to allow a party to re-argue issues that were
previously raised and decided. *Id.* Appellant's motion simply re-argues the case it
made before we issued our decision; therefore, the motion for reconsideration is
denied. *See Green Valley Co.*, ASBCA No. 61275, 18-1 BCA ¶ 37,044 at 180,329.

Dated: March 18, 2019

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

RICHARD SHACKLEFORD                         J. REID PROUTY
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 59252, 59450, 59598,
59814, 59815, Appeal Lulus Ostrich Ranch, rendered in conformance with the Board's
Charter.

Dated:


                                            JEFFREY D. GARDIN
                                            Recorder, Armed Services
                                            Board of Contract Appeals

2